UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL QUEKEMEYER,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   Case Number: 2:14-cv-0118-SLB |
| **EFINANCIAL, LLC,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER

This case is before the court on the parties' Stipulation of Dismissal With Prejudice. (Doc. 8.)[1]  The court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE**.  The parties shall bear their own respective attorney's fees and costs.

**DONE**, this 3rd day of March, 2014.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.